## Spriggs *v.* Walker, Appellant.

Argued April 23, 1902. Appeal, No. 53, April T., 1902, by defendant, from judgment of C. P. Washington Co., Feb. T., 1901, No. 60, on verdict for plaintiff in case of Charles H. Spriggs v. George T. Walker and C. M. Slater, trading as

Walker & Slater.   Before RICE, P. J., BEAVER, ORLADY, W.
W. PORTER and W. D. PORTER, JJ.   Affirmed.

OPINION BY ORLADY, J., July 10, 1902:

This case, argued with that of May v. Walker & Slater,
opinion filed this day, is substantially the same in its facts,
and as in it the promise of the defendants to the plaintiff was
not a collateral undertaking nor agreement to be liable for the
debt or default of Kelly, but was an independent and original
agreement, made to and with the plaintiff, under which he had
no reason to be concerned as to Kelly's ability to pay for the
material furnished.   For the reasons given in May v. Walker
& Slater, ante, p. 581, the judgment is affirmed.